# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** HSI

**City:** Lowell
**County:** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number: 24-mj-6266-MPK; 24-mj-6267-MPK
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   Yes [ ]  No [✓]

Defendant Name: Steven Estrada Ramirez   Juvenile: Yes [ ] No [✓]

Is this person an attorney and/or a member of any state/federal bar: Yes [ ] No [✓]

Alias Name: _____
Address: _____

Birth date (Yr only): 2002   SSN (last 4#): _____   Sex: M   Race: _____   Nationality: El Savador

Defense Counsel if known: _____   Address: _____
Bar Number: _____

## U.S. Attorney Information

AUSA: Lauren Maynard   Bar Number if applicable: 698742

**Interpreter:** Yes [✓] No [ ]   List language and/or dialect: Spanish

**Victims:** Yes [✓] No [ ]   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  Yes [ ] No [ ]

**Matter to be SEALED:** Yes [ ] No [✓]

[✓] Warrant Requested    [ ] Regular Process    [✓] In Custody

**Location Status:** _____

**Arrest Date:** April 11, 2024

[✓] Already in Federal Custody as of April 11, 2024 in _____.
[ ] Already in State Custody at _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [✓] Complaint  [ ] Information  [ ] Indictment
**Total # of Counts:** [ ] Petty  [ ] Misdemeanor  [✓] Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/11/2024   Signature of AUSA: /s/ Lauren Maynard

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Steven Estrada Ramirez

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252A(a)(5)(B) | Receiving child pornography | 1 |
| Set 2 | 18 U.S.C. §§ 2252A(a)(5)(B) | Possessing child pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**